SYLVIA ROSATO v. ALLSTATE INSURANCE COMPANY.

September 5, 1985.

Petition for certification denied.

LOUIS ZELTNER v. NEW JERSEY DEPARTMENT
OF CORRECTIONS.

September 5, 1985.

Petition for certification denied. (See 201 *N.J.Super.* 195)

LOUIS ZELTNER v. NEW JERSEY DEPARTMENT
OF CORRECTIONS.

September 5, 1985.

Cross-petition for certification denied. (See 201 *N.J.Super.* 195)

STATE OF NEW JERSEY v. ANGEL COLON.

September 5, 1985.

Petition for certification denied.